```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION


DR. LORNE ALLAN SEMRAU                              PLAINTIFF

vs.                        CIVIL ACTION NO. 5:13-cv-188-DCB-MTP

U. S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, ET AL.                                DEFENDANTS
```

                                ORDER

   This cause came on this date to be heard upon the Report and Recommendation **[docket entry 14]** of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

   IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and that Defendants' Motion **[7]** to Dismiss or, in the Alternative, for Summary Judgment is **GRANTED** and this action is dismissed with prejudice, except as to Plaintiff's access claim under 5 U.S.C. §552a(g)(1)(B), which is dismissed without prejudice for failure to exhaust.

A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the <u>10th</u> day of September, 2014.

<u>s/David Bramlette</u>
UNITED STATES DISTRICT JUDGE